**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Alberto Espindola Arizmendi,<br><br>Petitioner,<br><br>v.<br><br>John F Kelly, et al.,<br><br>Respondents. | No. CV-17-04791-PHX-JAT<br><br>**ORDER** |

Pending before this Court is the Report and Recommendation (R&R) from the Magistrate Judge recommending that the petition in this case be denied and dismissed with prejudice. (Doc. 15). Neither party has filed objections to the R&R.

As a result of there being no objections, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Therefore,

**IT IS ORDERED** that the R&R (Doc. 15) is accepted and adopted.

/ / /

/ / /

**IT IS FURTHER ORDERED** that the petition is denied and dismissed, with prejudice, and the Clerk of the Court shall enter judgment accordingly.

Dated this 15th day of August, 2018.

*James A. Teilborg*
Senior United States District Judge